# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                                          In Proceedings
                                                                                                Under Chapter 7
NES America Inc            NES Illinois Inc
                                                                                                BK 25−40060−mel

        Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):    Employer Tax ID Number (ETIN):

        20−0493399   56−1919747

## ORDER CLOSING CASE

    The above−captioned chapter 7 case having been dismissed by prior order of the Court; the trustee having reported that there are no assets available for distribution to creditors; the trustee having performed all other duties required in the administration of the estate; **IT IS ORDERED** that the report of no distribution is **APPROVED**, the trustee is discharged from and relieved of his/her trust, the sureties on the trustee's bond are released from further liability in the case, and the case is **CLOSED**.

ENTERED: October 7, 2025                                       /s/ Mary E. Lopinot
                                                                              UNITED STATES BANKRUPTCY JUDGE